IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Dr. Robert L. Meinders, D.C., Ltd., Individually and as the Representative of a Class of Similarly Situated Persons,<br><br>   Plaintiff,<br><br>v.<br><br>The Emery Wilson Corporation, d/b/a Sterling Management Systems; and John Does 1-12,<br><br>   Defendants. | Civ. No. 3:14-cv-00596-DRH-SCW<br><br>Hon. |

## NOTICE OF REMOVAL

Defendant The Emery Wilson Corporation, d/b/a Sterling Management Systems, by counsel, gives notice of the removal of the above-titled action from the Circuit Court of the Twentieth Judicial Circuit, St. Clair County, Illinois, to the United States District Court for the Southern District of Illinois, East St. Louis Division, under 28 U.S.C. §§ 1331, 1441(b) and 1446. In support of removal, Defendant states:

  1.  Plaintiff, Dr. Roberts L. Meinders, D.C., Ltd., on behalf of himself and a putative class of other similarly situated persons, filed the Complaint in this case, bearing Case Number 14-L-256, with the Circuit Court of St. Clair Count on April 3, 2014. Defendant was served on April 29, 2014. A copy of the Complaint, process, pleadings, and orders served on Defendant are attached hereto as Exhibit A.

  2.  This Notice of Removal is filed within 30 days after service of process on Defendant and is, therefore, timely under 28 U.S.C. § 1446(b).

3. Plaintiff's Complaint asserts claims under the federal Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA"), the Illinois Consumer Fraud Act, 815 ILCS 505/2, and a common law claim for conversion. (Compl. ¶ 4.) The primary claim alleged by Plaintiff arises under the TCPA and pertains to the alleged transmission of unsolicited fax advertisements to Plaintiff and the other putative class members. (Compl. ¶¶ 11-17, 26-36.) The common law claim pertains to an alleged conversion of "fax machines, toner and paper… [and] employees' time" that belonged to Plaintiff and the other putative class members. (Compl. ¶¶ 37-44.)

4. This case is properly removable under 28 U.S.C. § 1441(a) because the TCPA claim "plainly 'arises under' the 'laws of the United States.'" *See Mims v. Arrow Fin. Servs., LLC*, 565 U.S. ___, 132 S. Ct. 740, 748 (2012) (citing 28 U.S.C. § 1331). Indeed, on this precise issue the Seventh Circuit Court of Appeals has held that Section 1441 authorizes removal of a TCPA claim. *See Brill v. Countrywide Home Loans, Inc.*, 427 F.3d 446, 451 (7th Cir. 2005).

5. This Court also has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367 because those claims are based on the same factual allegations as Plaintiff's federal claims and, therefore, form part of the same case or controversy.

6. The Southern District of Illinois, East St. Louis Division, is the district and division embracing the Circuit Court of St. Clair County, and venue is therefore proper under 28 U.S.C. § 1441(a).

7. Defendants reserve their right to amend or supplement this Notice of Removal, and expressly preserve all legal and equitable defenses.

8. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed with the Circuit Court of St. Clair County, Illinois, and served on Plaintiff through Plaintiff's counsel.

**Wherefore**, Defendant, by counsel, hereby removes this lawsuit from the Circuit Court of the Twentieth Judicial Circuit, St. Clair County, Illinois, to the United States District Court for the Southern District of Illinois, East St. Louis Division, under 28 U.S.C. §§ 1331, 1441(b) and 1446.

**Dated:** May 23, 2014

Respectfully submitted,

THE EMERY WILSON CORPORATION, d/b/a STERLING MANAGEMENT SYSTEMS

By: /s/ *Eric M. Roberts*
Eric M. Roberts (ARDC # 6306839)
DLA PIPER LLP (US)
203 N. LaSalle St., Suite 1900
Chicago, IL 60601
T: 312.368.4000

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 23, 2014, a copy of the **Defendant The Emery Wilson Corporation, d/b/a Sterling Management Systems' Notice of Removal** was served by first-class United States mail upon the following persons, entities, and counsel of record:

| | |
|---|---|
| Robert J. Sprague | Phillip A. Bock |
| SPRAGUE AND URBAN | James M. Smith |
| 26 E. Washington St. | BOCK & HATCH, LLC |
| Belleville, IL 62220 | 134 N. LaSalle St., Suite 1000 |
| T: 618.233.8383 | Chicago, IL 60602 |
| | T: 312.658.5500 |

                                     /s/ *Eric M. Roberts*
                                        Eric M. Roberts